## LOVETT *v.* POPE.

ATKINSON, Presiding Justice. When this case was here on a former occasion it was held: "It was error to dismiss the action on the grounds that no cause was stated, and that the contract alleged as the cause of action was unilateral and without consideration." *Pope* v. *Lovett*, 188 *Ga.* 524. On a subsequent trial before the jury the evidence, though conflicting, was sufficient to sustain the allegations of the petition. Consequently the judge did not err in overruling the motion for a new trial, which contained only the usual general grounds.

*Judgment affirmed. All the Justices concur.*

No. 13382. SEPTEMBER 25, 1940.

*R. M. Daley, A. L. Hatcher,* and *L. F. Watson,* for plaintiff in error.

*C. C. Crockett,* contra.